IN THE U.S. DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK et al | : : : Case No. 2:13-cv-01087-ALM-TPK |
| Plaintiff, | : : Judge Algenon Marbley |
| v. | : : Magistrate Judge Terrence P. Kemp |
| MOLNAR et al | : : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that the undersigned, Ross R. Fulton, counsel for The Huntington National Bank, et al, hereby withdraws as counsel of record in this case.

Respectfully submitted,

*/s/ Ross R. Fulton*
Ross R. Fulton        (0082853)
ICE MILLER LLP
250 West Street
Columbus, Ohio 43215
Tel: (614) 462-2700
Fax: (614) 462-5135
Email: ross.fulton@icemiller.com;

*Counsel for Plaintiff*

4482712v1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2013, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF COUNSEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.  Parties may access this filing through the Court's system.

/s/ *Ross R. Fulton*
Ross R. Fulton    (0082853)