IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK, et al., | : : |
| Plaintiffs, | : Case No. 2:13-cv-01087 : |
| v. | : JUDGE ALGENON L. MARBLEY : |
| JOSEPH P. MOLNAR, et al., | : Magistrate Judge Kemp : |
| Defendants. | : : |

## ORDER DISMISSING CASE WITH PREJUDICE AND RETAINING JURISDICTION OVER SETTLEMENT AGREEMENTS

This cause is before the Court on the Complaint (Doc. #1) filed on October 31, 2013 by Plaintiffs The Huntington National Bank and The Huntington Community Development Corporation ("Huntington") against Defendants Joseph P. Molnar and J. Property Management, LLC (the "Molnar Defendants") the First Amended Complaint (Doc. #51) filed under seal on March 5, 2014 against the Molnar Defendants and Defendants David Craig Conley and Karen Conley (the "Conley Defendants") and the Answer and Cross-Claims of the Conley Defendants against the Molnar Defendants (Doc. #65 and 66). Huntington and the Molnar Defendants executed a confidential settlement agreement on or about February 10, 2014 (the "Molnar Settlement"). Assuming that the terms of the Molnar Settlement are fulfilled, the Molnar Settlement will dispose of the claims between Huntington and the Molnar Defendants.

As to the claims pending by Huntington against the Conley Defendants, Huntington and the Conley Defendants have agreed to the terms of a confidential settlement agreement during a settlement conference held in this Court on July 14, 2014, which has been reduced to a written

1

agreement and executed by the parties (the "Conley Settlement"). Assuming that the terms of the Conley Settlement are fulfilled, the Conley Settlement will dispose of all remaining claims between Huntington, the Molnar Defendants, and the Conley Defendants.

In light of these confidential settlements and subject to the terms and conditions of this Order, this case is hereby **DISMISSED WITH PREJUDICE.**

Notwithstanding the foregoing dismissal, this Court retains jurisdiction over the execution, performance, enforcement or any other matter, relating in any way to the Molnar Settlement and/or the Conley Settlement. In the event that this Court's intervention is required to address matters relating to those agreements, the parties are instructed to issue confidential written correspondence to this Court, via letter or email, or file a motion under seal. The complaining party shall serve such correspondence or motion upon opposing counsel when the correspondence is submitted to the Court.

The parties shall submit an executed copy of the Conley Settlement agreement to the Court upon issuance of this Order. The Conley Settlement agreement shall be marked "confidential" pursuant to this Court's December 13, 2013 Protective Order (Doc. # 23).

**IT IS SO ORDERED.**

United States District Judge
Algenon L. Marbley

Respectfully submitted,

/s/ Albert G. Lin

John P. Gilligan (0024542)
 *Trial Attorney*
john.gilligan@icemiller.com
Albert G. Lin (0076888)
Albert.Lin@icemiller.com
ICE MILLER, LLP
250 West Street
Columbus, OH 43115
Telephone: 614.462.2221
Facsimile: 614.222.3438

*Attorneys for Plaintiffs The Huntington National Bank and The Huntington Community Development Corporation*

/s/ Erik J. Clark via email authorization to Albert Lin

Shawn J. Organ (0042052)
sjorgan@ocslawfirm.com
Erik J. Clark (0078732)
 *Trial Attorney*
ejclark@ocslawfirm.com
Joshua M. Feasel
jmfeasel@ocslawfirm.com
Organ Cole + Stock LLP
1335 Dublin Road, Suite 104D
Columbus, OH 43215
Telephone: 614.481.0900
Facsimile: 614.481.0904

*Attorneys for Defendants Joseph P. Molnar and J. Property Management, LLC*

/s/ Richard A. Cline via email authorization to Albert Lin

Richard A. Cline, Esq.
 *Trial Attorney*
RCline@ClineMannLaw.com
Cline, Mann & Co., LLC
97 South Liberty Street
Powell, Ohio 43065
Telephone: 614.987.8002
Facsimile: 614.987.8002

*Attorneys for Defendants David Craig Conley and Karen Conley*

3

CO\4681718.4